UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Herman Tamrat )<br>      Plaintiff, )<br>                          )<br>vs.                              )<br>                              )<br>Reid, et al. )<br>      Defendant. )<br>                              ) | Case Number: 4:20-cv-01324-PJH<br><br>ORDER APPOINTING COUNSEL |

      Because the plaintiff has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, the below listed attorneys are hereby appointed as counsel for Mr. Tamrat in this matter:

| | |
|---|---|
| Daniel Bitton (California SBN 320296)<br>Jason Murata (California SBN 319287)<br>Neelesh Moorthy (California SBN 341155) | Axinn, Veltrop & Harkrider LLP<br>560 Mission Street<br>San Francisco, CA 94105 |
| Francis Morrison (Connecticut SBN 373050)<br>*Pending Pro Hac Vice Admission* | Axinn, Veltrop & Harkrider LLP<br>90 State House Square<br>Hartford CT 06103 |

      The scope of this referral shall be for:

          ☒  all purposes for the duration of the case

          ☐  the limited purpose of representing the litigant in the course of

                  ☐  mediation

                  ☐  early neutral evaluation

                  ☐  settlement conference

                  ☐  briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

☐ discovery as follows:

☐ other:

All proceedings in this action are hereby stayed until four weeks from the date of this order.  Counsel shall be familiar with General Order No. 25 posted on the Court's website.

IT IS SO ORDERED.

Dated: 5/2/2022

/s/ Phyllis J. Hamilton

United States District Judge Phyllis J. Hamilton