UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN TAMRAT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM KAUFMAN,<br><br>　　　　Defendant. | Case No. 20-cv-01324-PJH<br><br>**ORDER VACATING HEARING AND SETTING BRIEFING SCHEDULE ON MOTION TO WITHDRAW AS ATTORNEY**<br><br>Re: Dkt. No. 102 |

　　　　Appointed pro bono counsel in this case have filed a motion to withdraw as counsel for plaintiff. See Dkt. 102. Before ruling on counsel's motion, the court will first give plaintiff an opportunity to file a response. Because plaintiff is in prison, the court will extend the time for plaintiff to file a response to the motion. Plaintiff shall have until **October 31, 2022**, to file a response to counsel's motion. Defendant may also file a response by the same deadline. Pro bono counsel may then file a reply within seven (7) days of any response briefs.

　　　　The court notes that counsel has filed a proof of service showing that plaintiff was mailed a copy of the motion to withdraw on September 30, 2022. See Dkt. 102-2. The court further directs pro bono counsel to serve a copy of this order on plaintiff.

　　　　The hearing set for November 3, 2022 is VACATED, and the motion will be decided on the papers.

　　　　**IT IS SO ORDERED.**

Dated: October 12, 2022

　　　　　　　　　　　　　　　　　　　　/s/ *Phyllis J. Hamilton*
　　　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　　　United States District Judge